UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAABIR ABDULLAH, a/k/a
IMAM-SAABIR ABDULLAH,
a/k/a BOBBY LEE WEBBER, JR.,
    Plaintiff,

v.

Case No.: 1:17-cv-411

HONORABLE PAUL L. MALONEY

UNITED STATES OF AMERICA et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 5). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. This action is terminated.

**IT IS FURTHER ORDERED** that Plaintiff is DENIED the privilege of proceeding *in forma pauperis* in any future lawsuits filed in this Court.

The Court must next decide whether an appeal of this action would be in good faith within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997). For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. Should Plaintiff appeal this decision, the Court will assess the $505.00 appellate filing fee pursuant to § 1915(a)(3).

Dated: June 8, 2017                              /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge